IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JON CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.2:17-cv-565-MHT-TFM |
| | ) | [wo] |
| | ) | |
| MATT HORNE, in his official and | ) | |
| Individual capacities, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of Defendant's Motion to Dismiss (Doc. 8), it is

ORDERED that on or before October 25, 2017, Plaintiff shall show cause why this Motion (Doc. 8) is not due to be granted.  It is further

ORDERED that on or before November 1, 2017, Defendant may file a reply to Plaintiff's brief opposing the motion.

DONE this 4th day of October, 2017.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE