IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JON CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.2:17-cv-565-MHT-TFM |
| | ) | [wo] |
| | ) | |
| MATT HORNE, in his official and | ) | |
| Individual capacities, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

This matter is pending before this Court on Plaintiff's Motion for Leave to Proceed In Forma Pauperis. (Doc. 2). On December 6, 2017, this Court ordered the Clerk's office to send Plaintiff the long affidavit form in support of the Motion for IFP and further ordered that Plaintiff file this affidavit on or before December 20, 2017. (Doc. 15). Plaintiff has failed to file the affidavit. Also, on December 6, 2017, this Court ordered that Plaintiff's Motion for permission for electronic filing be denied. (Doc. 16). On December 11, 2017, this Order (Doc. 16) was returned in the mail with the following US Postal Service notation, "returned to sender-Box Closed, unable to forward". Accordingly, it is

ORDERED that on or before **January 18, 2018**, Plaintiff shall file with the Court the long affidavit form in support of the Motion for IFP.

Also, Plaintiff is ADVISED that because the administration of this case cannot proceed if the plaintiff's whereabouts are unknown to the Court, it is further

ORDERED that on or before **January 18, 2018**, the Plaintiff shall provide the court with his current address.

**The plaintiff is specifically cautioned that if he fails to file responses as required by this order, the court will treat his failure as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will recommend that this case be dismissed for such failure.**

DONE this 4th day of January, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE