IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JON CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.2:17-cv-565-MHT-TFM |
| | ) | [wo] |
| | ) | |
| MATT HORNE, in his official and | ) | |
| Individual capacities, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On January 4, 2018, this Court entered an Order requiring that Plaintiff file the long affidavit form in support of the Motion for IFP and provide the court with his current address on or before January 18, 2018. (Doc. 17). Plaintiff has failed to respond to the January 4, 2018 Order of this Court. Accordingly, it is

ORDERED that on or before **January 31, 2018**, Plaintiff shall show cause for his failure to respond to this Court's January 18, 2018 Order and shall file with the Court the long affidavit form in support of the Motion for IFP and shall provide the court with his current address.

**The plaintiff is specifically cautioned that if he fails to file responses as required by this order, the court will treat his failure as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will recommend that this case be dismissed for such failure.**

DONE this 19th day of January, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE